IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | |
|---|---|
| **SHEILA ALBERS, as Administrator of the Estate of J.A., Deceased,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) ) ) |
| **CLAYTON JENISON and THE CITY OF OVERLAND PARK, KANSAS** | ) ) ) |
| **Defendants.** | ) ) |

## MOTION TO STAY DISCOVERY

COMES NOW the Defendants the City of Overland Park, Kansas and Clayton Jenison and moves this Court for an Order staying discovery to include any obligation under Rule 16 or Rule 26 pending the District Court's resolution of their fully dispositive Motion for Judgment on the Pleadings [Doc. 9] which includes, as one basis, qualified immunity on the part of Defendant Jenison.

The undersigned certifies that pursuant to D. Kan. Rule 37.2 he has contacted counsel for the Plaintiffs who objects to a stay. A Memorandum in Support is filed contemporaneously with this Motion.

WHEREFORE, the Defendants respectfully request that this Court grant their Motion to Stay Discovery until such time as the District Court rules on their Motion for Judgment on the Pleadings.

{O0341468}

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP


 /s/  Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas  66210
(913) 339-6757/Fax: (913) 339-6187
mseck@fisherpatterson.com
ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2018, the foregoing was filed electronically with the Clerk of the District Court, and a service copy was sent via e-mail on the following:

Michael C. Rader, #19585
Michelle L. Marvel, #23511
Bartimus Frickleton Robertson Rader, P.C.
11150 Overbrook Road, Suite 200
Leawood, Kansas 66211
913-266-2300/913-266-2366 (Fax)
mrader@bflawfirm.com
mmarvel@bflawfirm.com
Attorney for Plaintiff


 /s/  Michael K. Seck
Michael K. Seck, #11393

{O0341468}